IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GRINNELL MUTUAL REINSURANCE COMPANY,**,

**Plaintiff,**

v.

**PAUL TIMMERMANN,**
**VERONICA TIMMERMANN,**
**LISA LYNN TIMMERMANN,**
**KURT JAMES TIMMERMANN, and**
**JORDAN MICHAEL TIMMERMANN,**
**a minor,**

**Defendants.**                                          No. 07-cv-163-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a joint stipulation of the parties notifying the Court that the underlying state court matter is settled and dismissing the case at bar, without prejudice. (Doc.74). Accordingly, pursuant to **Federal Rule of Civil Procedure 41(a)(1)(A)(ii)**, the case is **DISMISSED, WITHOUT PREJUDICE**, with each party to bear its costs.

**IT IS SO ORDERED.**

Signed this 15th day of September, 2009.

/s/     David R Herndon

**Chief Judge**
**United States District Court**